# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Lloyd Gordon Witt

                V.                        **JUDGMENT IN A CIVIL CASE**

J.L. Sullivan, et al.

                                          CASE NUMBER:    06-CV-1302- J (WMc)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation, grants Respondent's Motion to Dismiss, and dismisses Petition for Writ of Habeas Corpus with prejudice.

| June 20, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON June 20, 2007 |

06-CV-1302- J (WMc)